**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OYA RENEWABLES DEVELOPMENT LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12574 (KBO)<br><br>(Jointly Administered)<br><br>**Docket Ref. No. 12, 152** |

## NOTICE OF AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE** that on November 6, 2024 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, the Debtors filed the *Debtors' Motion for Entry of (I) An Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement, (C) Scheduling an Auction and a Hearing on the Approval of the Sale(s) of Some, All, or Substantially All of the Debtors' Assets, (D) Authorizing the Debtors to Enter Into the Purchase Agreement(s), (E) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, and (F) Granting Related Relief; and (II) An Order or Orders (A) Authorizing the Sale of Some, All, or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (B) Approving the Assumption and Assignment of the Potentially Assigned Agreements, and (C) Granting Related Relief* [Docket No. 12] (the "Bidding Procedures and Sale Motion"), pursuant to sections 105(a), 363, 365, 503, and 507 of the Bankruptcy Code, rules 2002, 6004, and 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 6004-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), seeking, *inter alia*, entry of an order (the "Bidding Procedures Order"): (a) scheduling an auction (the "Auction") for the sale(s) of all, substantially all, or any portion of the Debtors' assets (the "Assets") on or about **Tuesday, January 7, 2025, at 11:00 a.m. (prevailing Eastern Time) / 10:00 a.m. (prevailing Central Time)**; (b) approving procedures (the "Bidding Procedures")[2] for submitting competing

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are OYA Renewables Development LLC (7738), OYA Renewables Construction and Yield Holdings LLC (9227), OYA Renewables EquipmentCo LLC (6444), OYA Renewables Construction Holdings 3 LLC (2317), OYA-Rosewood Holdings LLC (1673), OYA Renewables Construction Holdings 2 LLC (9296), OYA Renewables Yield-1 LLC (4326), and OYA-OMNI Development Company, LLC (9784). The Debtors' service address is c/o Ankura Consulting Group, LLC, 2 Houston Center, 909 Fannin Street, Suite 2450, Houston, TX 77010, Attn: John Shepherd.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures, the Bidding Procedures Order, or the Bidding Procedures and Sale Motion, as applicable.

32500167.1

bids for the Assets; (c) authorizing, but not directing, the Debtors to designate the Stalking Horse Bidder and approving the Stalking Horse Bid Protections in accordance with the Stalking Horse Purchase Agreement; (d) subject to final Court approval at the Sale Hearing, authorizing and approving the Debtors to enter into and perform under the Stalking Horse Purchase Agreement, subject to higher or otherwise better offers submitted in accordance with the Bidding Procedures; (e) approving the form and manner of the notice of the Auction and the Sale Hearing; and (f) establishing procedures for the assumption and assignment of the Potentially Assigned Agreements to any purchaser(s) of the Assets and approving the manner of notice thereof (the "Cure Notice").

**PLEASE TAKE FURTHER NOTICE** that on December 10, 2024, the Court entered the Bidding Procedures Order [Docket No. 152]. Pursuant to the Bidding Procedures Order, if at least two (2) Qualified Bids with regard to any Assets (as defined in the Bidding Procedures Order) are received by the Bid Deadline (as defined below), the Debtors will conduct the Auction. The Auction shall be held on **Tuesday, January 7, 2025, starting at 11:00 a.m. (prevailing Eastern Time) / 10:00 a.m. (prevailing Central Time)**, or such other time as the Debtors shall designate and thereafter notify all Qualified Bidders. Professionals and principals for the Debtors, each Qualified Bidder (including its representative(s), if any), each of the Consultation Parties, any creditors that request access to the Auction prior to the Bid Deadline, and any other parties the Debtors deem appropriate shall be permitted to attend and observe the Auction. Only parties that have submitted a Qualified Bid, as set forth in the Bidding Procedures Order, by no later than **Tuesday, December 17, 2024, at 12:00 p.m. (prevailing Eastern Time)** (the "Bid Deadline") may bid at the Auction. Any party that wishes to submit a Bid (as defined in the Bidding Procedures) for all, substantially all, or any portion of the Assets must submit a Bid prior to the Bid Deadline and in accordance with the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that the Auction, if required, will be conducted at the offices of Sidley Austin LLP, 1000 Louisiana Street, Suite 5900, Houston, Texas 77002, or, if determined by the Debtors to be necessary or convenient, via teleconference and/or videoconference. For the avoidance of doubt, the Debtors may adjourn the Auction to another date or change the location of the Auction (including making it conducted entirely via teleconference and/or videoconference), in consultation with the Consultation Parties, by filing a notice on the docket of these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that the Debtors shall file a notice identifying the Successful Bidder(s) with the Court and serve such notice upon parties in interest by **Thursday, December 19, 2024**, if no Auction is held, or by **1 business day after the conclusion of the Auction** if an Auction is held. The Debtors will file a proposed form of Sale Order or Sale Orders on the docket in these Chapter 11 Cases by **Thursday, December 19, 2024**, if no Auction is held, or by **2 business days after the conclusion of the Auction** if an Auction is held.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing to consider approval of the Sale(s) of the Assets to the Successful Bidder(s) free and clear of all liens, claims, and encumbrances will be held before the Honorable Karen B. Owens, United States Bankruptcy Judge, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801 on (a) **Tuesday, January 7, 2025, at 9:30 a.m. (prevailing Eastern Time)** in the event the Auction is cancelled,

(b) **Wednesday, January 15, 2025, at 1:30 p.m. (prevailing Eastern Time)** in the event the Auction proceeds, or (c) at such other time thereafter as counsel and interested parties may be heard.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing may be adjourned by the Debtors from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or by including such adjournment on any agenda filed with the Court or by the filing of a notice with the Court.

**PLEASE TAKE FURTHER NOTICE** that, in the event the Auction is not held, objections to the approval of the Sale(s), including, for the avoidance of doubt, the ability of the Stalking Horse Bidder to provide adequate assurance of future performance or the proposed form of adequate assurance of future performance, must be in writing, state the basis for such objection with specificity, and be filed with the Court and served before **4:00 p.m. (prevailing Eastern Time) on Tuesday, December 24, 2024**, on the following parties (collectively, the "Notice Parties"):

a. proposed co-counsel to the Debtors, Sidley Austin LLP, 1000 Louisiana Street, Suite 900, Houston, Texas 77002 (Attn: Duston McFaul (dmcfaul@sidley.com) and Maegan Quejada (mquejada@sidley.com)), and Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603 (Attn: Ian Ferrell (iferrell@sidley.com));

b. proposed co-counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Rodney Square, Wilmington, Delaware 19801 (Attn: Edmon L. Morton (emorton@ycst.com) and Kenneth J. Enos (kenos@ycst.com));

c. counsel to the DIP Lender and the Stalking Horse Bidder, White & Case LLP, 609 Main Street, Houston, Texas 77002 (Attn: Charles Koster (ckoster@whitecase.com) and Amanda Parra Criste (aparracriste@whitecase.com));

d. counsel to the Prepetition GDEV Agent, Locke Lord LLP, 111 South Wacker Drive, Suite 4100, Chicago, Illinois 60606 (Attn: Aaron C. Smith (asmith@lockelord.com)), and Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801 (Attn: Christopher A. Ward (cward@polsinelli.com));

e. counsel to the Prepetition CarVal Agent, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 (Attn: Brian Greene (brian.greene@kirkland.com), Elizabeth H. Jones (elizabeth.jones@kirkland.com), and Christopher Marcus (christopher.marcus@kirkland.com));

f. the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Timothy Fox (timothy.fox@usdoj.gov));

    g. proposed co-counsel to the Official Committee of Unsecured Creditors, Brinkman Law Group PC, 543 Country Club Drive, Suite B, Wood Ranch, California 93065 (Attn: Daren Brinkman (db@brinkmanlaw.com) and Jory Cook (jory@brinkmanlaw.com));

    h. proposed co-counsel to the Official Committee of Unsecured Creditors, Fox Rothschild LLP, 1201 N. Market Street, Suite 1200, Wilmington, Delaware 19801 (Attn: Howard A. Cohen (hcohen@foxrothschild.com)), and Fox Rothschild LLP, 49 Market Street, Morristown, New Jersey 07960 (Attn: Joseph J. DiPasquale (jdipasquale@foxrothschild.com)); and

    i. if applicable, any identified Successful Bidder(s).

**PLEASE TAKE FURTHER NOTICE** that, in the event the Auction is held, objections to the approval of the Sale(s), to the conduct of the Auction, or the ability of the Successful Bidder(s) (if a Successful Bidder other than the Stalking Horse Bidder is identified) to provide adequate assurance of future performance or the proposed form of adequate assurance of future performance must be in writing, state the basis for such objection with specificity, and be filed with the Court and served by **3 business days after the conclusion of the Auction**, on the Notice Parties.

**UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.**

**PLEASE TAKE FURTHER NOTICE** that this Sale Notice is subject to the fuller terms and conditions of the Bidding Procedures and Sale Motion, the Bidding Procedures Order, and the Bidding Procedures, with such Bidding Procedures Order controlling in the event of any conflict. The Debtors encourage all parties in interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale(s) of the Asset and/or copies of any related document(s), including the Bidding Procedures and Sale Motion, the Bidding Procedures Order, or the Bidding Procedures, may make a written request to Duston McFaul (dmcfaul@sidley.com), Maegan Quejada (mquejada@sidley.com), and Ian Ferrell (iferrell@sidley.com). In addition, copies of the Bidding Procedures and Sale Motion, the Bidding Procedures Order, and the Bidding Procedures are on file with the Clerk of the Court, Third Floor, 824 North Market Street, Wilmington, Delaware 19801 and are available on the Debtors' claims and noticing agent's website free of charge at https://cases.ra.kroll.com/oya.

*[Remainder of page intentionally left blank]*

Dated: December 10, 2024
Wilmington, Delaware

*/s/ Rebecca L. Lamb*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SIDLEY AUSTIN LLP** |
| Robert S. Brady (Del. Bar No. 2847) | Duston K. McFaul (admitted *pro hac vice*) |
| Edmon L. Morton (Del. Bar No. 3856) | Maegan Quejada (admitted *pro hac vice*) |
| Kenneth J. Enos (Del. Bar No. 4544) | 1000 Louisiana Street, Suite 5900 |
| Rebecca L. Lamb (Del. Bar No. 7223) | Houston, Texas 77002 |
| 1000 North King Street | Telephone: (713) 495-4500 |
| Rodney Square | Facsimile: (713) 495-7799 |
| Wilmington, Delaware 19801 | Email: dmcfaul@sidley.com |
| Telephone: (302) 571-6600 | mquejada@sidley.com |
| Facsimile: (302) 571-1253 | |
| Email: rbrady@ycst.com | Nathan C. Elner (admitted *pro hac vice*) |
| emorton@ycst.com | Chelsea M. McManus (admitted *pro hac vice*) |
| kenos@ycst.com | 2021 McKinney Avenue, Suite 2000 |
| rlamb@ycst.com | Dallas, Texas 75201 |
| | Telephone: (214) 981-3300 |
| | Facsimile: (214) 981-3400 |
| *Co-Counsel to the Debtors and Debtors in Possession* | Email: nelner@sidley.com |
| | cmcmanus@sidley.com |
| | |
| | Ian C. Ferrell (admitted *pro hac vice*) |
| | One South Dearborn |
| | Chicago, Illinois 60603 |
| | Telephone: (312) 853-7000 |
| | Facsimile: (312) 853-7036 |
| | Email: iferrell@sidley.com |
| | |
| | *Co-Counsel to the Debtors and Debtors in Possession* |