IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OYA RENEWABLES DEVELOPMENT LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12574 (KBO)<br><br>(Jointly Administered)<br><br>**Docket Ref. Nos. 12, 152, 192** |

**NOTICE OF MODIFICATION TO BIDDING PROCEDURES AND THE SALE SCHEDULE**

**PLEASE TAKE NOTICE** that on November 6, 2024 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, the Debtors filed the *Debtors' Motion for Entry of (I) An Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement, (C) Scheduling an Auction and a Hearing on the Approval of the Sale(s) of Some, All, or Substantially All of the Debtors' Assets, (D) Authorizing the Debtors to Enter Into the Purchase Agreement(s), (E) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, and (F) Granting Related Relief; and (II) An Order or Orders (A) Authorizing the Sale of Some, All, or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (B) Approving the Assumption and Assignment of the Potentially Assigned Agreements, and (C) Granting Related Relief* [Docket No. 12] (the "Bidding Procedures and Sale Motion"),[2] seeking, *inter alia*, entry of an order: (a) scheduling the Auction for the Sale(s) of the Debtors' Assets; (b) approving the Bidding Procedures; (c) authorizing, but not directing, the Debtors to designate the Stalking Horse Bidder and approving the Stalking Horse Bid Protections in accordance with the Stalking Horse Purchase Agreement; (d) subject to final Court approval at the Sale Hearing, authorizing and approving the Debtors to enter into and perform under the Stalking Horse Purchase Agreement, subject to higher or otherwise better offers submitted in accordance with the Bidding Procedures; (e) approving the form and manner of the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are OYA Renewables Development LLC (7738), OYA Renewables Construction and Yield Holdings LLC (9227), OYA Renewables EquipmentCo LLC (6444), OYA Renewables Construction Holdings 3 LLC (2317), OYA-Rosewood Holdings LLC (1673), OYA Renewables Construction Holdings 2 LLC (9296), OYA Renewables Yield-1 LLC (4326), and OYA-OMNI Development Company, LLC (9784). The Debtors' service address is c/o Ankura Consulting Group, LLC, 2 Houston Center, 909 Fannin Street, Suite 2450, Houston, TX 77010, Attn: John Shepherd.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures and Sale Motion or the Bidding Procedures Order (as defined herein), as applicable.

1

Sale Notice; and (f) establishing procedures for the assumption and assignment of the Potentially Assigned Agreements and approving the manner of the Cure Notice.

**PLEASE TAKE FURTHER NOTICE** that on December 10, 2024, the Court entered the order approving the Bidding Procedures and Sale Motion [Docket No. 152] (the "Bidding Procedures Order"), including the Debtors' proposed Sale Schedule.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order and the Bidding Procedures, the Debtors, in consultation with the Consultation Parties, are revising the Bidding Procedures, the bidding process, and the proposed schedule for the Sale(s) as follows:

a. the Bid Deadline is **Friday, December 20, 2024**;

b. the Debtors shall inform Qualified Bidders if their Bids have been designated as Qualified Bids no later than **Friday, December 27, 2024, at 6:00 p.m. (prevailing Eastern Time)**;

c. if no Qualified Bid other than the Stalking Horse Bid is submitted on or before the Bid Deadline, the Debtors will file a notice cancelling the Auction on **Friday, December 27, 2024**;

d. if no Auction is held, the Debtors will file a proposed form of Sale Order or Sale Orders by **Monday, December 30, 2024**; and

e. in the event the Auction is not held, objections to the approval of the Sale(s), including the ability of the Stalking Horse Bidder to provide adequate assurance of future performance or the proposed form of adequate assurance of future performance must be in writing, state the basis for such objection with specificity, and be filed with the Court and served before **4:00 p.m. (prevailing Eastern Time) on Friday, January 3, 2025**.

**PLEASE TAKE FURTHER NOTICE** that if the Auction is not held, the Court shall convene the Sale Hearing on **Tuesday, January 7, 2025, at 9:30 a.m. (prevailing Eastern Time)**.

**UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.**

**PLEASE TAKE FURTHER NOTICE** that this Notice is subject to the fuller terms and conditions of the Bidding Procedures and Sale Motion, the Bidding Procedures Order, and the Bidding Procedures. The Debtors encourage all parties in interest to review such documents in their entirety. Parties interested in receiving more information regarding the Sale(s) of the Asset and/or copies of any related document(s), including the Bidding Procedures and Sale Motion, the Bidding Procedures Order, or the Bidding Procedures, may make a written request to Duston McFaul (dmcfaul@sidley.com), Maegan Quejada (mquejada@sidley.com), and Ian Ferrell (iferrell@sidley.com). In addition, copies of the Bidding Procedures and Sale Motion, the Bidding

Procedures Order, and the Bidding Procedures are on file with the Clerk of the Court, Third Floor, 824 North Market Street, Wilmington, Delaware 19801 and are available on the Debtors' claims and noticing agent's website free of charge at https://cases.ra.kroll.com/oya.

*[Remainder of page intentionally left blank]*

Dated: December 15, 2024
Wilmington, Delaware

*/s/ Kenneth J. Enos*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Robert S. Brady (Del. Bar No. 2847)<br>Edmon L. Morton (Del. Bar No. 3856)<br>Kenneth J. Enos (Del. Bar No. 4544)<br>Rebecca L. Lamb (Del. Bar No. 7223)<br>1000 North King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  rbrady@ycst.com<br>        emorton@ycst.com<br>        kenos@ycst.com<br>        rlamb@ycst.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* | **SIDLEY AUSTIN LLP**<br>Duston K. McFaul (admitted *pro hac vice*)<br>Maegan Quejada (admitted *pro hac vice*)<br>1000 Louisiana Street, Suite 5900<br>Houston, Texas 77002<br>Telephone:   (713) 495-4500<br>Facsimile:   (713) 495-7799<br>Email:       dmcfaul@sidley.com<br>             mquejada@sidley.com<br><br>Nathan C. Elner (admitted *pro hac vice*)<br>Chelsea M. McManus (admitted *pro hac vice*)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone:   (214) 981-3300<br>Facsimile:   (214) 981-3400<br>Email:       nelner@sidley.com<br>             cmcmanus@sidley.com<br><br>Ian C. Ferrell (admitted *pro hac vice*)<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone:   (312) 853-7000<br>Facsimile:   (312) 853-7036<br>Email:       iferrell@sidley.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |