**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OYA RENEWABLES DEVELOPMENT LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12574 (KBO)<br><br>(Jointly Administered)<br><br>**Docket Ref. Nos. 12, 152, 192, 198, 207** |

**NOTICE OF SUCCESSFUL BIDDER FOR THE STALKING HORSE BID ASSETS**

**PLEASE TAKE NOTICE** that on November 6, 2024 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on December 10, 2024, the Court entered the *Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement, (C) Scheduling an Auction and a Hearing on the Approval of the Sale(s) of Some, All, or Substantially All of the Debtors' Assets, (D) Authorizing the Debtors to Enter Into the Purchase Agreement(s), (E) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, and (F) Granting Related Relief* [Docket No. 152] (the "Bidding Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, Radial Power LLC was designated as the Stalking Horse Bidder and the Debtors were authorized to enter into the Stalking Horse Purchase Agreement with respect to the applicable Assets (the "Stalking Horse Bid Assets").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order and after consultation with the Consultation Parties, the Debtors have decided in their reasonable business judgment to designate the Stalking Horse Bid as the Successful Bid as to the Stalking Horse Bid Assets and, therefore, the Stalking Horse Bidder as the Successful Bidder with respect to the Stalking Horse Bid Assets.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are OYA Renewables Development LLC (7738), OYA Renewables Construction and Yield Holdings LLC (9227), OYA Renewables EquipmentCo LLC (6444), OYA Renewables Construction Holdings 3 LLC (2317), OYA-Rosewood Holdings LLC (1673), OYA Renewables Construction Holdings 2 LLC (9296), OYA Renewables Yield-1 LLC (4326), and OYA-OMNI Development Company, LLC (9784). The Debtors' service address is c/o Ankura Consulting Group, LLC, 2 Houston Center, 909 Fannin Street, Suite 2450, Houston, TX 77010, Attn: John Shepherd.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order.

32639544.1

**PLEASE TAKE FURTHER NOTICE** that the Debtors will file a proposed Sale Order and seek approval of the applicable Sale at the Sale Hearing scheduled for **January 15, 2025, at 1:30 p.m. (prevailing Eastern Time)** before the Honorable Karen B. Owens, United States Bankruptcy Judge, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801, or such other time thereafter as counsel and the interested parties may be heard. The Sale Hearing may be adjourned by the Debtors from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or by including such adjournment on any agenda filed with the Court or by the filing of a notice with the Court.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Bidding Procedures Order, the Auction for the remainder of the Debtors' Assets will commence on January 7, 2025, at 11:00 a.m. (prevailing Eastern Time) / 10:00 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, the Bidding Procedures Order, and all pleadings in these chapter 11 cases, are on file with the Clerk of the Court, Third Floor, 824 North Market Street, Wilmington, Delaware 19801 and are available on the Debtors' claims and noticing agent's website free of charge at https://cases.ra.kroll.com/oya.

[*Remainder of page intentionally left blank.*]

Dated: January 6, 2025
Wilmington, Delaware

*/s/ Rebecca L. Lamb*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Robert S. Brady (Del. Bar No. 2847)<br>Edmon L. Morton (Del. Bar No. 3856)<br>Kenneth J. Enos (Del. Bar No. 4544)<br>Rebecca L. Lamb (Del. Bar No. 7223)<br>1000 North King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  rbrady@ycst.com<br>　　　　emorton@ycst.com<br>　　　　kenos@ycst.com<br>　　　　rlamb@ycst.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* | **SIDLEY AUSTIN LLP**<br>Duston K. McFaul (admitted *pro hac vice*)<br>Maegan Quejada (admitted *pro hac vice*)<br>1000 Louisiana Street, Suite 5900<br>Houston, Texas 77002<br>Telephone:　(713) 495-4500<br>Facsimile:　(713) 495-7799<br>Email:　　　dmcfaul@sidley.com<br>　　　　　　mquejada@sidley.com<br><br>Nathan C. Elner (admitted *pro hac vice*)<br>Chelsea M. McManus (admitted *pro hac vice*)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone:　(214) 981-3300<br>Facsimile:　(214) 981-3400<br>Email:　　　nelner@sidley.com<br>　　　　　　cmcmanus@sidley.com<br><br>Ian C. Ferrell (admitted *pro hac vice*)<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone:　(312) 853-7000<br>Facsimile:　(312) 853-7036<br>Email:　　　iferrell@sidley.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |