**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| OYA RENEWABLES DEVELOPMENT LLC, *et al.*,[1] | Case No. 24-12574 (KBO) |
| Debtors. | (Jointly Administered) |
| | Docket Ref. Nos. 12, 152, 192, 198, 207, 265 |

## NOTICE OF SUCCESSFUL BIDDERS AND BACK-UP BIDDERS

**PLEASE TAKE NOTICE** that on November 6, 2024 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on December 10, 2024, the Court entered the *Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement, (C) Scheduling an Auction and a Hearing on the Approval of the Sale(s) of Some, All, or Substantially All of the Debtors' Assets, (D) Authorizing the Debtors to Enter Into the Purchase Agreement(s), (E) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, and (F) Granting Related Relief* [Docket No. 152] (the "Bidding Procedures Order").[2] The Bidding Procedures Order, *inter alia*, established procedures to govern the sale and auction of the Debtors' Assets.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Debtors previously filed a notice [Docket No. 265] identifying Radial Power LLC as the Successful Bidder for the Stalking Horse Bid Assets and indicated that the Auction would proceed for the Debtors' remaining Assets.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order, the Debtors commenced the Auction for the Debtors' remaining Assets on January 7, 2025, and the Auction was continued to and concluded on January 13, 2025. Pursuant to the Bidding Procedures Order, the Debtors hereby provide notice of the following results from the Auction,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are OYA Renewables Development LLC (7738), OYA Renewables Construction and Yield Holdings LLC (9227), OYA Renewables EquipmentCo LLC (6444), OYA Renewables Construction Holdings 3 LLC (2317), OYA-Rosewood Holdings LLC (1673), OYA Renewables Construction Holdings 2 LLC (9296), OYA Renewables Yield-1 LLC (4326), and OYA-OMNI Development Company, LLC (9784).  The Debtors' service address is c/o Ankura Consulting Group, LLC, 2 Houston Center, 909 Fannin Street, Suite 2450, Houston, TX 77010, Attn: John Shepherd.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order.

which includes designation by the Debtors, in consultation with the Consultation Parties and in the Debtors' reasonable business judgment, of the Successful Bidders and the Back-Up Bidders with respect to the applicable Assets.[3]

| Applicable Assets | Successful Bidder and Successful Bid | Back-Up Bidder and Back-Up Bid |
|---|---|---|
| All Assets of Debtor OYA Renewables Yield-1 LLC | GF Kestrel Solar Borrower Series 1, LLC<br><br>$23.0 million cash consideration | UGE Capital LLC<br><br>$22.5 million cash consideration |
| 10 assets/subsidiaries of Debtor OYA Renewables Development LLC, including mid- and late-stage development assets ("Lot 4")[4] | UGE Capital LLC<br><br>$6.9 million cash consideration plus 10 cents per WDC paid at NTP | GDEV OYA Lender I, LLC<br><br>$9.9 million credit bid |
| 108 assets/subsidiaries of Debtor OYA Renewables Development LLC, including early- and mid-stage development assets ("Lot 5")[5] | UGE Capital LLC<br><br>2 cents per WDC paid at NTP | GDEV OYA Lender I, LLC<br><br>$5.7 million credit bid |
| Remaining Assets of Debtor OYA Renewables Development LLC ("Lot 6")[6] | GDEV OYA Lender I, LLC<br><br>$16.0 million credit bid | UGE Capital LLC<br><br>$5.1 million cash consideration plus 5 cents per WDC paid at NTP for 34 assets/subsidiaries of Debtors OYA Renewables Development LLC , including early-, mid-, and late-stage development assets plus 10 cents per WDC paid at NTP for 4 assets/subsidiaries of Debtor OYA Renewables Development LLC, including mid- and late-stage development assets |

**PLEASE TAKE FURTHER NOTICE** that the Debtors will file proposed Sale Orders and seek approval of the applicable Sales at the Sale Hearing scheduled for **January 23, 2025, at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Karen B. Owens, United States Bankruptcy Judge, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801, or such other time thereafter as counsel and the interested parties may be heard. The Sale Hearing may be adjourned by the Debtors from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or by including such adjournment on any agenda filed with the Court or by the filing of a notice with the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, any objection regarding the ability of the Successful Bidders to provide adequate assurance of future performance or the proposed form of adequate assurance must be in writing, state the basis

---

[3] As used in the summary table, "WDC" means watts, direct current, and "NTP" means notice to proceed.

[4] A fuller description of the assets/subsidiaries included in Lot 4 are included in **Schedule 1**, attached hereto.

[5] A fuller description of the assets/subsidiaries included in Lot 5 are included in **Schedule 2**, attached hereto.

[6] A fuller description of the assets/subsidiaries included in Lot 6 are included in **Schedule 3**, attached hereto.

of such objection with specificity, and be filed with the Court and served on the Notice Parties (as defined in the Bidding Procedures Order) on or before **4:00 p.m. (prevailing Eastern Time) on January 16, 2025**, which is three business days after the conclusion of the Auction.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, the Bidding Procedures Order, and all pleadings in these chapter 11 cases, are on file with the Clerk of the Court, Third Floor, 824 North Market Street, Wilmington, Delaware 19801 and are available on the Debtors' claims and noticing agent's website free of charge at https://cases.ra.kroll.com/oya.

*[Remainder of page intentionally left blank.]*

Dated: January 14, 2025
Wilmington, Delaware

/s/ Rebecca L. Lamb

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**
Robert S. Brady (Del. Bar No. 2847)
Edmon L. Morton (Del. Bar No. 3856)
Kenneth J. Enos (Del. Bar No. 4544)
Rebecca L. Lamb (Del. Bar No. 7223)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
      emorton@ycst.com
      kenos@ycst.com
      rlamb@ycst.com

*Co-Counsel to the Debtors and Debtors in
Possession*

**SIDLEY AUSTIN LLP**
Duston K. McFaul (admitted *pro hac vice*)
Maegan Quejada (admitted *pro hac vice*)
Nathan C. Elner (admitted *pro hac vice*)
Chelsea M. McManus (admitted *pro hac vice*)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone:   (713) 495-4500
Facsimile:   (713) 495-7799
Email:      dmcfaul@sidley.com
          mquejada@sidley.com
          nelner@sidley.com
          cmcmanus@sidley.com

Ian C. Ferrell (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone:   (312) 853-7000
Facsimile:   (312) 853-7036
Email:      iferrell@sidley.com

*Co-Counsel to the Debtors and Debtors in
Possession*

## Schedule 1

### Description of Assets in Lot 4

| # | Asset / Subsidiary Name | Location | Project Type | Development Stage |
|---|---|---|---|---|
| 1 | Omni Newfane Drake Settlement Solar, LLC | New York | Community Solar | Late Stage |
| 2 | Omni Hinsdale Solar, LLC | New York | Community Solar | Late Stage |
| 3 | Omni French Creek Solar, LLC | New York | Community Solar | Late Stage |
| 4 | Omni Collins South Solar, LLC | New York | Community Solar | Late Stage |
| 5 | Omni Collins North Solar, LLC | New York | Community Solar | Late Stage |
| 6 | OMNI Cortlandville Solar, LLC | New York | Community Solar | Mid Stage |
| 7 | Omni Perrysburg | New York | Community Solar | Late Stage |
| 8 | Omni Groveland Hill Road Solar, LLC | New York | Community Solar | Late Stage |
| 9 | OYA Molasses Hill Rd | New York | Community Solar | Late Stage |
| 10 | OYA Dutch Hill Rd | New York | Community Solar | Mid Stage |

## Schedule 2

## Description of Assets in Lot 5

| # | Asset / Subsidiary Name | Location | Project Type | Development Stage |
|---|---|---|---|---|
| 1 | OYA Freeland B | Michigan | Community Solar | Mid Stage |
| 2 | OYA Glennie | Michigan | Community Solar | Mid Stage |
| 3 | OYA Inverness | Michigan | Community Solar | Mid Stage |
| 4 | OYA Mount Victory | Ohio | Community Solar | Mid Stage |
| 5 | OYA Gilead | Ohio | Community Solar | Mid Stage |
| 6 | OYA Woodville | Ohio | Community Solar | Mid Stage |
| 7 | OYA New Carlisle | Ohio | Community Solar | Mid Stage |
| 8 | OYA County Rd N | Wisconsin | Community Solar | Mid Stage |
| 9 | OYA Fairweather | Wisconsin | Community Solar | Mid Stage |
| 10 | OYA Spring Green | Wisconsin | Community Solar | Mid Stage |
| 11 | OYA Mukwonago | Wisconsin | Community Solar | Mid Stage |
| 12 | OYA Freeland C | Michigan | Community Solar | Early Stage |
| 13 | OYA Jackson | Ohio | Community Solar | Early Stage |
| 14 | OYA CHWY C | Wisconsin | Community Solar | Mid Stage |
| 15 | OYA Oakwood | Ohio | Community Solar | Early Stage |
| 16 | OYA Liberty | Ohio | Community Solar | Early Stage |
| 17 | OYA Washington | Ohio | Community Solar | Early Stage |
| 18 | OYA Arena | Wisconsin | Community Solar | Early Stage |
| 19 | OYA Manchester | Michigan | Community Solar | Early Stage |
| 20 | OYA Saginaw | Michigan | Community Solar | Early Stage |
| 21 | OYA Bettsville | Ohio | Community Solar | Early Stage |
| 22 | OYA Thompson | Ohio | Community Solar | Early Stage |
| 23 | OYA Champion | Ohio | Community Solar | Early Stage |
| 24 | OYA Madras | Oregon | Community Solar | Early Stage |
| 25 | OYA Aumsville | Oregon | Community Solar | Early Stage |
| 26 | OYA Metomen | Wisconsin | Community Solar | Early Stage |
| 27 | OYA Rudolph | Wisconsin | Community Solar | Early Stage |
| 28 | OYA Bevent | Wisconsin | Community Solar | Early Stage |
| 29 | OYA Aurora North | Wisconsin | Community Solar | Early Stage |
| 30 | OYA Endeavor B | Wisconsin | Community Solar | Early Stage |
| 31 | OYA Eight Corners | Wisconsin | Community Solar | Early Stage |
| 32 | OYA Wisconsin Dells | Wisconsin | Community Solar | Early Stage |
| 33 | OYA Spring Garden A | Illinois | Utility Scale | Early Stage |
| 34 | OYA Spring Garden B | Illinois | Utility Scale | Early Stage |
| 35 | OYA Montgomery | Ohio | Community Solar | Early Stage |
| 36 | OYA Lafayette | Ohio | Community Solar | Early Stage |
| 37 | OYA Crestline | Ohio | Community Solar | Early Stage |
| 38 | OYA Lucasville | Ohio | Community Solar | Early Stage |
| 39 | OYA Cypress | Wisconsin | Utility Scale | Early Stage |
| 40 | OYA Florence | Wisconsin | Utility Scale | Early Stage |
| 41 | OYA LaGrange | Wisconsin | Utility Scale | Early Stage |
| 42 | OYA Endeavor A | Wisconsin | Utility Scale | Early Stage |
| 43 | OYA Rusk | Wisconsin | Utility Scale | Early Stage |

| 44 | OYA Skipwith | Virginia | Utility Scale | Early Stage |
|----|--------------|----------|---------------|-------------|
| 45 | OYA McNabb Rd | New Mexico | Utility Scale | Early Stage |
| 46 | OYA Hagerman | New Mexico | Utility Scale | Early Stage |
| 47 | OYA Bouse | Arizona | Community Solar | Early Stage |
| 48 | OYA Winslow | Arizona | Community Solar | Early Stage |
| 49 | OYA Douglas | Arizona | Community Solar | Early Stage |
| 50 | OYA Cochise | Arizona | Community Solar | Early Stage |
| 51 | OYA Woodruff | Arizona | Community Solar | Early Stage |
| 52 | OYA Flagstaff | Arizona | Community Solar | Early Stage |
| 53 | OYA Snowflake | Arizona | Community Solar | Early Stage |
| 54 | OYA Fresno | California | Community Solar | Early Stage |
| 55 | OYA Barstow | California | Community Solar | Early Stage |
| 56 | OYA Manassa | Colorado | Community Solar | Early Stage |
| 57 | OYA Henry | Illinois | Utility Scale | Early Stage |
| 58 | OYA Brownsville | Illinois | Utility Scale | Early Stage |
| 59 | OYA Sidney | Michigan | Community Solar | Early Stage |
| 60 | OYA Thomas Townwhip B | Michigan | Community Solar | Early Stage |
| 61 | OYA Thomas Township A | Michigan | Community Solar | Early Stage |
| 62 | OYA Hemlock A | Michigan | Community Solar | Early Stage |
| 63 | OYA Hemlock B | Michigan | Community Solar | Early Stage |
| 64 | OYA Tawas City | Michigan | Community Solar | Early Stage |
| 65 | OYA Barryton B | Michigan | Community Solar | Early Stage |
| 66 | OYA Durand | Michigan | Community Solar | Early Stage |
| 67 | OYA North-Plains | Michigan | Community Solar | Early Stage |
| 68 | OYA Barryton A | Michigan | Community Solar | Early Stage |
| 69 | OYA Scottville | Michigan | Community Solar | Early Stage |
| 70 | OYA Lenawee[1] | Michigan | Utility Scale | Early Stage |
| 71 | OYA W Bradford Rd | Michigan | Community Solar | Early Stage |
| 72 | OYA McKinley | Michigan | Community Solar | Early Stage |
| 73 | OYA Backus | Michigan | Community Solar | Early Stage |
| 74 | OYA Winfield | Michigan | Community Solar | Early Stage |
| 75 | OYA Midland | Michigan | Community Solar | Early Stage |
| 76 | OYA Owosso | Michigan | Community Solar | Early Stage |
| 77 | OYA Cheboygan | Michigan | Community Solar | Early Stage |
| 78 | OYA Chestonia | Michigan | Community Solar | Early Stage |
| 79 | OYA Casnovia | Michigan | Community Solar | Early Stage |
| 80 | OYA Walworth A | Wisconsin | Community Solar | Early Stage |
| 81 | OYA Walworth B | Wisconsin | Community Solar | Early Stage |
| 82 | OYA Walworth C | Wisconsin | Community Solar | Early Stage |
| 83 | OYA Walworth D | Wisconsin | Community Solar | Early Stage |
| 84 | OYA Walworth E | Wisconsin | Community Solar | Early Stage |
| 85 | OYA Grand-Chute | Wisconsin | Community Solar | Early Stage |
| 86 | OYA Shawano | Wisconsin | Community Solar | Early Stage |
| 87 | OYA Baraboo | Wisconsin | Community Solar | Early Stage |
| 88 | OYA Aurora South | Wisconsin | Community Solar | Early Stage |
| 89 | OYA Green Lake | Wisconsin | Community Solar | Early Stage |

[1] OYA Lenawee does not include a lease.

| 90 | OYA Eldorado | Wisconsin | Community Solar | Early Stage |
|-----|--------------|-----------|-----------------|------------|
| 91 | OYA Wyocena | Wisconsin | Community Solar | Early Stage |
| 92 | OYA Dell City | Texas | Community Solar | Early Stage |
| 93 | OYA Georgetown | Ohio | Community Solar | Early Stage |
| 94 | OYA Delaware | Ohio | Community Solar | Early Stage |
| 95 | OYA Clark | Ohio | Community Solar | Early Stage |
| 96 | OYA Millbury | Ohio | Community Solar | Early Stage |
| 97 | OYA Lima | Ohio | Community Solar | Early Stage |
| 98 | OYA Twitchell Rd | Ohio | Community Solar | Early Stage |
| 99 | OYA Franklin | Ohio | Community Solar | Early Stage |
| 100 | OYA Whitney | Michigan | Community Solar | Early Stage |
| 101 | OYA Shields | Michigan | Community Solar | Early Stage |
| 102 | OYA Hazelton | Minnesota | Community Solar | Early Stage |
| 103 | OYA Brooks | Minnesota | Community Solar | Early Stage |
| 104 | OYA Deming | New Mexico | Community Solar | Early Stage |
| 105 | OYA Clovis | New Mexico | Utility Scale | Early Stage |
| 106 | OYA Red Cedar | Wisconsin | Community Solar | Early Stage |
| 107 | OYA Sauk | Wisconsin | Community Solar | Early Stage |
| 108 | OYA Lucerne Valley | California | Community Solar | Early Stage |

## Schedule 3

### Description of Assets in Lot 6

| # | Asset / Subsidiary Name | Location | Project Type | Development Stage | Cents per WDC[1] |
|---|---|---|---|---|---|
| 1 | Omni Burt A Solar, LLC | New York | Community Solar | Mid Stage | 10 |
| 2 | OYA Lane Rd | New York | Community Solar | Late Stage | 10 |
| 3 | Omni Portland Solar, LLC | New York | Community Solar | Late Stage | 10 |
| 4 | Omni Lee South Solar, LLC | New York | Community Solar | Late Stage | 5 |
| 5 | OYA Oneida Valley Rd | New York | Community Solar | Late Stage | 10 |
| 6 | OYA Sabo A | New York | Community Solar | Mid Stage | 5 |
| 7 | OYA Sabo A | New York | Community Solar | Mid Stage | 5 |
| 8 | OYA Somerset | Illinois | Community Solar | Mid Stage | 5 |
| 9 | OYA Rushville | Illinois | Community Solar | Mid Stage | 5 |
| 10 | OYA Hustonville | Illinois | Community Solar | Mid Stage | 5 |
| 11 | OYA N Route 29 | Illinois | Community Solar | Mid Stage | 5 |
| 12 | OYA Sheldon | Illinois | Community Solar | Early Stage | 5 |
| 13 | OYA Stronghurst | Illinois | Community Solar | Mid Stage | 5 |
| 14 | OYA McLeansboro | Illinois | Community Solar | Mid Stage | 5 |
| 15 | OYA Macon | Illinois | Community Solar | Early Stage | 5 |
| 16 | OYA Tully | New York | Community Solar | Mid Stage | 5 |
| 17 | OYA Dulmande St A (Project 1) | New York | Community Solar | Mid Stage | 5 |
| 18 | OYA Dulmande St B (Project 2) | New York | Community Solar | Mid Stage | 5 |
| 19 | OYA Dulmande St C (Project 3) | New York | Community Solar | Mid Stage | 5 |
| 20 | OYA Dulmande St D (Project 4) | New York | Community Solar | Mid Stage | 5 |
| 21 | OYA Dulmande St E (Project 5) | New York | Community Solar | Mid Stage | 5 |
| 22 | OYA Carpenter Rd | New York | Community Solar | Mid Stage | 5 |
| 23 | OYA Looker Mountain | Pennsylvania | Community Solar | Early Stage | 5 |
| 24 | OYA Gettysburg | Pennsylvania | Community Solar | Early Stage | 5 |
| 25 | OYA Walker Rd | Pennsylvania | Community Solar | Early Stage | 5 |
| 26 | OYA Fox Rd | Pennsylvania | Community Solar | Early Stage | 5 |
| 27 | OYA Shippensburg | Pennsylvania | Community Solar | Early Stage | 5 |
| 28 | OYA E Adams Rd | Illinois | Community Solar | Early Stage | 5 |
| 29 | OYA Bridgeport | Illinois | Community Solar | Early Stage | 5 |
| 30 | OYA Forreston | Illinois | Community Solar | Early Stage | 5 |
| 31 | OYA St. Anne | Illinois | Community Solar | Early Stage | 5 |
| 32 | OYA Dixon | Illinois | Community Solar | Early Stage | 5 |
| 33 | OYA Richland Grove | Illinois | Community Solar | Early Stage | 5 |
| 34 | OYA Clay City | Illinois | Community Solar | Early Stage | 5 |
| 35 | OYA Gibson City | Illinois | Community Solar | Early Stage | 5 |
| 36 | OYA Brasher | New York | Community Solar | Early Stage | 5 |
| 37 | OYA Pittstown | New York | Community Solar | Early Stage | 5 |
| 38 | OYA Tuscarora | New York | Community Solar | Early Stage | 5 |
| 39 | The accounts receivable under the Membership Interest Purchase Agreement by and between OYA Renewables Development LLC and NY DRS Finco VIII, LLC dated as of December 19, 2023 | | | | |

[1] Paid at NTP and applicable only to the Back-Up Bid from UGE Capital LLC

| 40 | The accounts receivable under the Membership Interest Purchase Agreement by and between OYA Renewables Development LLC and NY DRS Finco VIII, LLC dated as of June 13, 2024 |
| 41 | The accounts receivable under the Payment Direction Letter to DG New York CS, LLC as buyer party to that certain Membership Interests Purchase Agreement between OYA Solar NY, L.P. and DG New York CS, LLC dated October 31, 2018 |
| 42 | Contracts, leased real property, equipment, inventory, business permits, cash and cash equivalents, rights under non-disclosures and competes, goodwill and intangible assets, telephone numbers and e-mails, intellectual property, and all other assets owned by ORD as at financial close |
| 43 | All other assets of Debtor OYA Renewables Development LLC not otherwise identified or included in Lot 4 or Lot 5. |