**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OYA RENEWABLES DEVELOPMENT LLC,<br>*et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12574 (KBO)<br>(Jointly Administered)<br><br>**Re: Docket Nos. 12, 152, 192, 198, 207, 265, 283** |

**RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

The official committee of unsecured creditors (the "Committee") appointed in the chapter 11 bankruptcy cases of the above-captioned debtors and debtors in possession (together, the "Debtors"), by and through undesigned counsel, hereby submits this reservation of rights ("Reservation of Rights") to the above-captioned debtors and debtors in possession (collectively, the "Debtors") *Motion for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement, (C) Scheduling an Auction and a Hearing on the Approval of the Sale(s) of Some, All, or Substantially All of the Debtors' Assets, (D) Authorizing the Debtors to Enter Into the Purchase Agreement(s), (E) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, and (F) Granting Related Relief; and (II) An Order or Orders (A) Authorizing the Sale of Some, All, or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (B) Approving the Assumption and Assignment of the*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are OYA Renewables Development LLC (7738), OYA Renewables Construction and Yield Holdings LLC (9227), OYA Renewables EquipmentCo LLC (6444), OYA Renewables Construction Holdings 3 LLC (2317), OYA Rosewood Holdings LLC (1673), OYA Renewables Construction Holdings 2 LLC (9296), OYA Renewables Yield 1 LLC (4326), and OYA-OMNI Development Company, LLC (9784). The Debtors' service address is c/o Ankura Consulting Group, LLC, 2 Houston Center, 909 Fannin Street, Suite 2450, Houston, TX 77010, Attn: John Shepherd.

*Potentially Assigned Agreements, and (C) Granting Related Relief* [Docket No. 12] (the "Sale Motion"). In support of this Reservation of Rights, the Committee respectfully states as follows:

**Background[2]**

1. On November 6, 2024 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On December 10, 2024, the Court entered the *Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement, (C) Scheduling an Auction and a Hearing on the Approval of the Sale(s) of Some, All, or Substantially All of the Debtors' Assets, (D) Authorizing the Debtors to Enter Into the Purchase Agreement(s), (E) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, and (F) Granting Related Relief* [Docket No. 152] (the "Bidding Procedures Order").

3. Pursuant to the Bidding Procedures Order, the Debtors designated Radial Power LLC ("Radial") as the Stalking Horse Bidder and the Debtors were authorized to enter into the Stalking Horse Purchase Agreement with respect to the applicable assets.

4. On January 6, 2025, the Debtors filed the *Notice of Successful Bidder for the Stalking Horse Bid Assets* [Docket No. 265] (the "Successful Bidder Notice").

5. Pursuant to the *Notice of Successful Bidders and Back-Up Bidders* [Docket No. 283], the Sale Hearing is currently scheduled for January 23, 2025, at 2:00 p.m. (prevailing Eastern Time) with respect to the proposed sale to Radial as well as the other sales referenced therein.

---

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Sale Order.

2

**Reservation of Rights**

6. The Committee generally does not object to the relief requested by the Debtors in connection with the Sale Motion.[3] Although the Debtors recently shared a preliminary draft of the form of sale orders, negotiations and discussions remain ongoing in connection with the final form of sale orders and asset purchase agreements (and amendments thereto) in connection with the sale to Radial and the other successful bidders. Accordingly, the Committee hereby reserves all rights with respect to all proposed sales and any other relief sought by the Debtors in the Chapter 11 Cases.

Dated: January 15, 2025

**FOX ROTHSCHILD LLP**

*/s/ Howard A. Cohen*
Howard A. Cohen, Esquire (DE No. 4082)
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
(302) 427-5507/Fax (302) 656-8920
hcohen@foxrothschild.com

-and-

Joseph J. DiPasquale (admitted *pro hac vice*)

**FOX ROTHSCHILD LLP**
49 Market Street
Morristown, NJ 07960
Tel: (973) 992-4800/Facsimile: (973) 992-9125
jdipasquale@foxrothschild.com

-and-

Daren Brinkman (admitted *pro hac vice*)
Brinkman Law Group, PC
543 Country Club Drive, Suite B
Wood Ranch, CA 93065
db@brinkmanlaw.com
Tel: (818) 597-2992; Fax: (818) 597-998

-and-

---

[3] The Committee is still in the process of conducting its investigation and must seek standing to bring a challenge on or before January 29, 2025. The Committee reserves all rights in connection therewith.

Jory D. Cook (admitted *pro hac vice*)
Brinkman Law Group, PC
515 Madison Ave., 9th Fl.
New York, NY 10022
jory@brinkmanlaw.com
Tel: (917) 671-8116

*Co-Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Reservation of Rights was served via the Court's CM/ECF electronic filing system on all parties registered to receive such notice, this 15th day of January, 2025.

/s/ Howard A. Cohen
Howard A. Cohen (DE No. 4082)