**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| OYA RENEWABLES DEVELOPMENT LLC, *et al.*,[1] | Case No. 24-12574 (KBO) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 12** |

**GPC HP II, LLC'S RESERVATION OF RIGHTS**
**TO DEBTORS' MOTION FOR ENTRY OF ORDER**
**OR ORDERS (A) AUTHORIZING THE SALE OF SOME,**
**ALL, OR SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**
**FREE AND CLEAR OF ALL ENCUMBRANCES, (B) APPROVING**
**THE ASSUMPTION AND ASSIGNMENT OF THE POTENTIALLY**
**ASSIGNED AGREEMENTS, AND (C) GRANTING RELATED RELIEF**

GPC HP II, LLC ("**GPC**") files this reservation of rights (this "**Reservation of Rights**") to *Debtors' Motion for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement, (C) Scheduling an Auction and a Hearing on the Approval of the Sale(s) of Some, All, or Substantially All of the Debtors' Assets, (D) Authorizing the Debtors to Enter Into the Purchase Agreement(s), (E) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, and (F) Granting Related Relief; and (II) An Order or Orders (A) Authorizing the Sale of Some, All, or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (B) Approving the Assumption and Assignment of the Potentially*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are OYA Renewables Development LLC (7738), OYA Renewables Construction and Yield Holdings LLC (9227), OYA Renewables EquipmentCo LLC (6444), OYA Renewables Construction Holdings 3 LLC (2317), OYA Rosewood Holdings LLC (1673), OYA Renewables Construction Holdings 2 LLC (9296), OYA Renewables Yield-1 LLC (4326), and OYA-OMNI Development Company, LLC (9784). The Debtors' service address is c/o Ankura Consulting Group, LLC, 2 Houston Center, 909 Fannin Street, Suite 2450, Houston, TX 77010, Attn: John Shepherd.

*Assigned Agreements, and (C) Granting Related Relief* [Docket No. 12] (the "**Sale Motion**"), and in support of this Reservation of Rights to the sale or assignment of debtor OYA Renewables Yield-1 LLC's membership interest in non-debtor OYA-GPC 2021 Holdco LLC (the "**Sale**"), GPC respectfully states as follows:

## RESERVATION OF RIGHTS

1. GPC re-alleges, incorporates, and renews all facts, information, and allegations contained in GPC's limited objection previously filed with this Court [Docket No. 250] (the "**Objection**"). As set forth in the Objection, GPC has a complex relationship with Debtor OYA Renewables Yield-1 LLC (f/k/a OYA Solar MM-2021 LLC) (the "**Debtor**"), a Delaware limited liability company, which is the "Managing Member" of non-debtor OYA-GPC 2021 Holdco LLC (the "**JV**"), a Delaware limited liability company, pursuant to the Amended and Restated Operating Agreement ("**Operating Agreement**") dated November 10, 2021, as amended or restated from time to time. GPC is the "Investor Member" of the JV and holds a consent right over any changes to the Managing Member—which is what the Debtor is seeking through the Sale Motion. The JV is an integral part of the financing structure required to be in place to allocate taxable income, loss, and tax credits (the "**Tax Benefits**") to the Debtor and GPC.

2. GPC's consent right is critical to maintaining the Tax Benefits structure, which is why the Operating Agreement clearly states in section 9.1(A) that "the Managing Member shall ***not*** have the right to withdraw voluntarily from the Company or otherwise to Transfer all or a portion of its Interest ***without*** the Consent of the Investor Member and the receipt of all Requisite Approvals." Operating Agreement at §9.1(A) (emphasis added). There are a few exceptions to GPC's consent right, but those exceptions are not applicable given the defaults that exist under the project documents. Accordingly, any assignment of the Debtor's rights under the Operating

Agreement is subject to GPC's consent, as well as the assignee providing adequate assurance of future performance, each as more fully set forth in the Objection.

3. GPC believes that it has reached agreements in principle with both the successful bidder, GF Kestrel Solar Borrower Series 1, LLC ("**GF**"), and the back-up bidder, UGE Capital LLC ("**UGE**"), under which GPC would consent to assignment. But those agreements remain subject to final written credit committee approval and definitive documentation acceptable to GPC. While GPC believes that final credit committee approval and acceptable definitive documentation will be achieved, GPC files this reservation of rights out of an abundance of caution to reiterate its absolute consent right over the assignment of the Debtor's interest in the Operating Agreement. To preserve GPC's consent right, the sale order, asset purchase agreement, and any other transaction document must (i) condition assignment of the Operating Agreement to GF or UGE on final credit committee approval and the parties reaching definitive documentation that is acceptable to GPC, (ii) not impair GPC's rights, remedies, and claims vis-à-vis third party non-debtors, whether imposed by agreement—including but not limited to that Guaranty dated and effective as of November 10, 2021, made by Greenbacker Renewable Energy Corporation for the benefit of GPC HP II, LLC—understanding, law, equity or otherwise, and such rights, remedies, and claims are fully preserved, and (iii) otherwise reserve and preserve all of GPC's rights under the Operating Agreement, related documents, and applicable law in the event the foregoing conditions are not met.

*[Signatures to follow]*

| | |
|---|---|
| Dated: January 21, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Matthew B. Harvey*<br>Matthew B. Harvey (No. 5186)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 351-9393<br>Email: mharvey@morrisnichols.com<br><br>**WINTHROP & WEINSTINE, P.A.**<br>William J. Schumacher (*admitted pro hac vice*)<br>Austyn K. Boothe (*admitted pro hac vice*)<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402<br>Telephone: (612) 604-6400<br>Email:  wschumacher@winthrop.com<br>         aboothe@winthrop.com<br><br>*Attorneys for GPC HP II, LLC* |