**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 24-bk-12574 (KBO) |
| **OYA Renewables Development LLC, *et al.*,** [1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| | **RE: D.I. 220, 350, 376, 378, 381** |

## CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER EXTENDING COMMITTEE CHALLENGE PERIOD

The undersigned counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-referenced jointly administered cases certifies the following:

1.     On December 18, 2024, the  Court entered the *Final Order Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Autthorizing the Debtors to (I) Use Cash Collateral, (II) Obtain Secured Superpriority Postpetition Financing and Granting Liens and Superpriority Administrative Claims, (III) Provide Adequate Protection, and (B) Granting Related Relief* (the "DIP Order") [D.I. 220].

2.     Pursuant to the DIP Order, the Committee is required to obtain standing to commence a Challenge (as defined in the DIP Order) before the expiration of the Challenge Period (as defined in the DIP Order), which presently ends on February 10, 2025.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are OYA Renewables Development LLC (7738), OYA Renewables Construction and Yield Holdings LLC (9227), OYA Renewables EquipmentCo LLC (6444), OYA Renewables Construction Holdings 3 LLC (2317), OYA Rosewood Holdings LLC (1673), OYA Renewables Construction Holdings 2 LLC (9296), OYA Renewables Yield 1 LLC (4326), and OYA-OMNI Development Company, LLC (9784). The Debtors' service address is c/o Ankura Consulting Group, LLC, 2 Houston Center, 909 Fannin Street, Suite 2450, Houston, TX 77010, Attn: John Shepherd.

3.       The Committee, Debtors and Prepetition GDEV Secured Parties (as defined in the DIP Order) agree to extend the Challenge Period through entry of the sale order which is expected to occur on Wednesday, February 12, 2025, solely with respect to the Prepetition GDEV Secured Obligations (as defined in the DIP Order).

4.       The Committee, Debtors and Prepetition GDEV Secured Parties hereby request the Court enter the proposed order attached hereto as **Exhibit 1** extending the Challenge Period through February 12, 2025 solely with respect to the Prepetition GDEV Secured Obligations.

Dated:  February 10, 2025

**FOX ROTHSCHILD LLP**

*/s/ Howard A. Cohen*
Howard A. Cohen, Esquire (DE No. 4082)
1201 N. Market Street, Suite 1200
Wilmington, DE  19801
(302) 427-5507/Fax (302) 656-8920
hcohen@foxrothschild.com

-and-

Joseph J. DiPasquale
FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ 07960
Tel: (973) 992-4800/Facsimile: (973) 992-9125
jdipasquale@foxrothschild.com

-and-

Daren Brinkman
Brinkman Law Group, PC
543 Country Club Drive, Suite B
Wood Ranch, CA 93065
db@brinkmanlaw.com
Tel: (818) 597-2992; Fax: (818) 597-998

*Counsel for the Official Committee of Unsecured Creditors*

**<u>Exhibit 1</u>**
**Proposed Order**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 24-bk-12574 (KBO) |
| **OYA Renewables Development LLC,** *et al.,*[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| | **RE: D.I. 220, 350, 376, 378** |

## ORDER EXTENDING OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S CHALLENGE PERIOD

Upon consideration of the Certification of Counsel Extending the Committee Challenge Period (the "Certification")[2] of the Committee, the Debtors and the Prepetition GDEV Secured Parties for entry of an order extending the Challenge Period through and including February 5, 2025; and this Court having jurisdiction to consider the Certification and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Certification and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Certification having been provided under the particular circumstances; and it appearing that no other or further notice need be provided; and this Court having found that good and sufficient cause exists for the relief granted by this Order,

**IT IS HEREBY ORDERED:**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are OYA Renewables Development LLC (7738), OYA Renewables Construction and Yield Holdings LLC (9227), OYA Renewables EquipmentCo LLC (6444), OYA Renewables Construction Holdings 3 LLC (2317), OYA Rosewood Holdings LLC (1673), OYA Renewables Construction Holdings 2 LLC (9296), OYA Renewables Yield 1 LLC (4326), and OYA-OMNI Development Company, LLC (9784). The Debtors' service address is c/o Ankura Consulting Group, LLC, 2 Houston Center, 909 Fannin Street, Suite 2450, Houston, TX 77010, Attn: John Shepherd.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Certification.

1.      The Committee's Challenge Period is extended through and including February 12, 2025, solely with respect to the Prepetition GDEV Secured Obligations.

2.      Nothing in this Order is intended to, nor shall be deemed to, be a waiver of any rights, claims, or defenses of the Committee, the Debtors, the Prepetition GDEV Secured Parties, or any other party in interest arising out of related to the Challenge Period.

3.      The Court retains jurisdiction to enforce the terms of this Order.