## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OYA RENEWABLES DEVELOPMENT LLC, *et al.*,[1] | Case No. 24-12574 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Docket Ref. Nos. 152, 283, 285, 288, 325 & 326** |

## NOTICE OF *REVISED* TRANSFERRED CONTRACTS PURSUANT TO PROPOSED SALE ORDER FOR GDEV OYA LENDER I, LLC

**PLEASE TAKE NOTICE** that on November 6, 2024 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on December 10, 2024, the Court entered the *Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement, (C) Scheduling an Auction and a Hearing on the Approval of the Sale(s) of Some, All, or Substantially All of the Debtors' Assets, (D) Authorizing the Debtors to Enter Into the Purchase Agreement(s), (E) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, and (F) Granting Related Relief* [Docket No. 152] (the "Bidding Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Debtors previously filed a notice [Docket Nos. 283 & 285] (as amended, the "Notice") identifying GDEV OYA Lender I, LLC as the Successful Bidder and UGE Capital LLC as the Back-Up Bidder for the applicable Assets as described in the Notice.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order, the Debtors previously filed a proposed form of Sale Order [Docket No. 288] (the "Proposed Sale Order"),[2] approving the Sale of the applicable Assets to the Successful Bidder or

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are OYA Renewables Development LLC (7738), OYA Renewables Construction and Yield Holdings LLC (9227), OYA Renewables EquipmentCo LLC (6444), OYA Renewables Construction Holdings 3 LLC (2317), OYA-Rosewood Holdings LLC (1673), OYA Renewables Construction Holdings 2 LLC (9296), OYA Renewables Yield-1 LLC (4326), and OYA-OMNI Development Company, LLC (9784). The Debtors' service address is c/o Ankura Consulting Group, LLC, 2 Houston Center, 909 Fannin Street, Suite 2450, Houston, TX 77010, Attn: John Shepherd.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order, the Notice, or the Proposed Sale Order, as applicable.

Back-Up Bidder, as applicable.  The Debtors reserve all rights to submit a revised form of the Proposed Sale Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors previously filed the *Notice of Transferred Contracts Pursuant to Proposed Sale Order for GDEV OYA Lender I, LLC* [(SEALED) Docket No. 325; (REDACTED) Docket No. 326] (the "Notice of Transferred Contracts"), which listed certain Transferred Contracts identified by each of the Successful Purchaser and the Back-Up Purchaser.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have filed a revised version of Exhibit 3 to the Proposed Sale Order, attached hereto as Schedule A, listing the Transferred Contracts identified by the Successful Purchaser. The Transferred Contracts identified by the Back-Up Purchaser remain unchanged from what was identified in the Notice of Transferred Contracts.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the applicable Sale at the Sale Hearing scheduled for **February 12, 2025, at 1:00 p.m. (prevailing Eastern Time)** before the Honorable Karen B. Owens, United States Bankruptcy Judge, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801, or such other time thereafter as counsel and the interested parties may be heard. The Sale Hearing may be adjourned by the Debtors from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or by including such adjournment on any agenda filed with the Court or by the filing of a notice with the Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, the Bidding Procedures Order, and all pleadings in these chapter 11 cases, are on file with the Clerk of the Court, Third Floor, 824 North Market Street, Wilmington, Delaware 19801 and are available on the Debtors' claims and noticing agent's website free of charge at https://cases.ra.kroll.com/oya.

*[Remainder of page intentionally left blank.]*

Dated: February 12, 2025
Wilmington, Delaware

_/s/ Rebecca L. Lamb_

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (Del. Bar No. 2847)
Edmon L. Morton (Del. Bar No. 3856)
Kenneth J. Enos (Del. Bar No. 4544)
Rebecca L. Lamb (Del. Bar No. 7223)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
        emorton@ycst.com
        kenos@ycst.com
        rlamb@ycst.com

_Co-Counsel to the Debtors and Debtors in Possession_

**SIDLEY AUSTIN LLP**
Duston K. McFaul (admitted _pro hac vice_)
Maegan Quejada (admitted _pro hac vice_)
Nathan C. Elner (admitted _pro hac vice_)
Chelsea M. McManus (admitted _pro hac vice_)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone:    (713) 495-4500
Facsimile:    (713) 495-7799
Email:        dmcfaul@sidley.com
              mquejada@sidley.com
              nelner@sidley.com
              cmcmanus@sidley.com

Ian C. Ferrell (admitted _pro hac vice_)
One South Dearborn
Chicago, Illinois 60603
Telephone:    (312) 853-7000
Facsimile:    (312) 853-7036
Email:        iferrell@sidley.com

_Co-Counsel to the Debtors and Debtors in Possession_

## SCHEDULE A

**Exhibit 3 to Proposed Sale Order**

**Revised List of Transferred Contracts Identified by the Successful Purchaser**

**List of Transferred Contracts Identified by the Successful Purchaser**

**A. Interconnection Agreements:**

1. New York State Standardized Contract for Interconnection of New Distributed Generation Units with Capacity of 5 MW or Less Connected in Parallel with Utility Distribution Systems between OYA Renewables Development LLC (f/k/a OYA Solar CDG LLC) and National Grid dated March 17, 2023 (OYA Oneida Valley Rd) ("Oneida Valley Interconnection Agreement").

2. Active Resource Integration PILOT Participation Agreement between OYA Renewables Development LLC and Niagara Mohawk Corporation d/b/a National Grid to be executed after closing (OYA Oneida Valley Rd).

**B. Leases:**

1. Redacted.

2. Redacted.

3. Redacted.

4. Redacted.

5. Redacted.

6. Redacted.

7. Redacted.

8. Redacted.

9. Redacted.

10. Redacted.

11. Redacted.

12. Redacted.

13. Redacted.

14. Redacted.

15. Redacted.

16. Redacted.

17. Redacted.

18. Redacted.

19. Redacted.

20. Redacted.

21. Redacted.

22. Redacted.

23. Redacted.

24. Redacted.

25. Redacted.

26. Redacted.

27. Redacted.

28. Redacted.

29. Redacted.

30. Redacted.

31. Redacted.

32. Redacted.

33. Redacted.

34. Redacted.

35. Redacted.

**C. Deferred Payment Agreements:**

1. Membership Interest Purchase Agreement by and between OYA Renewables Development LLC and NY DRS Finco VIII, LLC dated as of December 19, 2023.

2. Membership Interest Purchase Agreement by and between OYA Renewables Development LLC and NY DRS Finco VIII, LLC dated as of June 13, 2024.