**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| OYA RENEWABLES DEVELOPMENT LLC, *et al.*,[1] | Case No. 24-12574 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON FEBRUARY 12, 2025 AT 1:00 P.M. (ET)**

**\*\*AT THE DIRECTION OF THE COURT, THIS HEARING WILL BE CONDUCTED ENTIRELY VIRTUAL.  ALL PARTIES WISHING TO PARTICIPATE IN THE VIRTUAL HEARING SHOULD MAKE THE APPROPRIATE ARRANGEMENTS IN ACCORDANCE WITH THE BELOW INSTRUCTIONS.\*\***

**This proceeding will be conducted remotely via Zoom.  Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

## RESOLVED MATTERS

1.    Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [D.I. 249; 1/3/25]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are OYA Renewables Development LLC (7738), OYA Renewables Construction and Yield Holdings LLC (9227), OYA Renewables EquipmentCo LLC (6444), OYA Renewables Construction Holdings 3 LLC (2317), OYA-Rosewood Holdings LLC (1673), OYA Renewables Construction Holdings 2 LLC (9296), OYA Renewables Yield-1 LLC (4326), and OYA-OMNI Development Company, LLC (9784).  The Debtors' service address is c/o Ankura Consulting Group, LLC, 2 Houston Center, 909 Fannin Street, Suite 2450, Houston, TX 77010, Attn: John Shepherd.

**[2] Amended items appear in bold.**

Related Pleadings:

    a)    Notice of Hearing [D.I. 291; 1/16/25]

    b)    Certificate of No Objection [D.I. 310; 1/21/25]

    c)    Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [D.I. 316; 1/22/25]

Objection Deadline:        January 17, 2025 at 4:00 p.m. (ET)

Objections/Informal Responses:    None.

Status:    An order has been entered by the Court.  No hearing is necessary.

2.    Debtors' Motion for Entry of an Order (I) Approving Resolution and Settlement of Certain Disputes Between the Debtors and Aggreko Pursuant to Federal Rule of Bankruptcy Procedure 9019 and (II) Granting Related Relief [D.I. 313; 1/21/25]

Related Pleadings:

    a)    Certificate of No Objection [D.I. 370; 2/5/25]

    b)    Order (I) Approving Resolution and Settlement of Certain Disputes Between the Debtors and Aggreko Pursuant to Federal Rule of Bankruptcy Procedure 9019 and (II) Granting Related Relief [D.I. 374; 2/5/25]

Objection Deadline:        February 4, 2025 at 4:00 p.m. (ET)

Objections/Informal Responses:    None.

Status:    An order has been entered by the Court.  No hearing is necessary.

## **MATTER GOING FORWARD**

3.    Debtors' Motion for Entry of (I) An Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement, (C) Scheduling an Auction and a Hearing on the Approval of the Sale(s) of Some, All, or Substantially All of the Debtors' Assets, (D) Authorizing the Debtors to Enter Into the Purchase Agreement(s), (E) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, and (F) Granting Related Relief; and (II) An Order or Orders (A) Authorizing the Sale of Some, All, or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (B) Approving the Assumption and Assignment of the Potentially Assigned Agreements, and (C) Granting Related Relief [D.I. 12; 11/6/24]

Related Pleadings:

a)     Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement, (C) Scheduling an Auction and a Hearing on the Approval of the Sale(s) of Some, All, or Substantially All of the Debtors' Assets, (D) Authorizing the Debtors to Enter Into the Purchase Agreement(s), (E) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, and (F) Granting Related Relief [D.I. 152; 12/10/24]

b)     Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 190 (*Sealed Version*) and D.I. 191 (*Redacted Version*); 12/10/24]

c)     Notice of Auction and Sale Hearing [D.I. 192; 12/10/24]

d)     Notice of Modification to Bidding Procedures and the Sale Schedule [D.I. 198; 12/15/24]

e)     Notice of Modification to Bidding Procedures and the Sale Schedule [D.I. 207; 12/17/24]

f)     Certificate of Publication [D.I. 232; 12/20/24]

g)     Notice of Successful Bidder for the Stalking Horse Bid Assets [D.I. 265; 1/6/25]

h)     Notice of Successful Bidders and Back-Up Bidders [D.I. 283; 1/14/25]

i)     First Amended Notice of Successful Bidders and Back-Up Bidders [D.I. 285; 1/15/25]

j)     Notice of Filing of Proposed Sale Order for GDEV OYA Lender I, LLC [D.I. 288; 1/15/25]

k)     Notice of Filing of Proposed Sale Order for GF Kestrel Solar Borrower Series 1, LLC [D.I. 289; 1/15/25]

l)     First Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 292 (*Sealed Version*) and D.I. 293 (*Redacted Version*); 1/16/25]

m)     Declaration of Jay D'Souza in Support of the Proposed Sales of the Debtors' Assets [D.I. 301; 1/17/25]

32863214.1

n)     Notice of Transferred Contracts Pursuant to Proposed Sale Order for GF Kestrel Solar Borrower Series 1, LLC [D.I. 314; 1/21/25]

o)     Declaration of Eric Millard, Independent Manager, in Support of the Proposed Sales of the Debtors' Assets [D.I. 320; 1/22/25]

p)     Notice of Filing of Revised Proposed Sale Order for GF Kestrel Solar Borrower Series 1, LLC [D.I. 321; 1/22/25]

q)     Notice of Transferred Contracts Pursuant to Proposed Sale Order for GDEV OYA Lender I, LLC [D.I. 325 (*Sealed Version*) and D.I. 326 (*Redacted Version*); 1/23/25]

r)     Supplemental Declaration of Eric Millard, Independent Manager, in Support of the Proposed Sales of Certain of the Debtors' Assets to UGE Capital LLC as Successful Purchaser or Back-Up Purchaser, as Applicable [D.I. 351; 1/29/25]

Objection Deadline:            January 3, 2025 at 4:00 p.m. (ET), and post-auction deadline of January 16, 2025, as extended for certain parties with Court approval to January 21, 2025 at 11:59 p.m. (ET)

Objections/Informal Responses:

s)     Letter from Kenneth M. Kanyo, Jr. [D.I. 245; 12/31/24]

t)     GPC HP II, LLC's Limited Objection to Debtors' Motion for Entry of Order or Orders (A) Authorizing the Sale of Some, All, or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (B) Approving the Assumption and Assignment of the Potentially Assigned Agreements, and (C) Granting Related Relief [D.I. 250; 1/3/25]

u)     Reservation of Rights of the Official Committee of Unsecured Creditors Regarding the Sale of Substantially All of the Debtors' Assets [D.I. 284; 1/15/25]

v)     GPC HP II, LLC's Reservation of Rights to Debtors' Motion for Entry of Order or Orders (A) Authorizing the Sale of Some, All, or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (B) Approving the Assumption and Assignment of the Potentially Assigned Agreements, and (C) Granting Related Relief [D.I. 312; 1/21/25]

w)     Informal Response from the Office of the United States Trustee

**Additional Pleadings:**

x)    **Notice of Revised Transferred Contracts Pursuant to Proposed Sale Order for GDEV OYA Lender I, LLC [D.I. 386 (*Sealed Version*) and D.I. 387 (*Redacted Version*); 2/12/25]**

y)    **Notice of Filing of Further Revised Proposed Sale Order for GF Kestrel Solar Borrower Series 1, LLC [D.I. 388; 2/12/25]**

z)    **Supplemental Declaration of Eric Millard, Independent Manager, in Support of the Proposed Sale of Certain of the Debtors' Assets to GDEV OYA Lender I, LLC as Successful Purchaser and Related Settlement [D.I. 389; 2/12/25]**

aa)   **Notice of Filing of Revised Proposed Sale Order for GDEV OYA Lender I, LLC [D.I. 390; 2/12/25]**

Status:    The Debtors are seeking approval of asset sales to two separate buyers—GDEV OYA Lender I, LLC, and GF Kestrel Solar Borrower Series 1, LLC, along with the applicable Back-Up Bidder.[3]  This matter is going forward.

*[Signature page follows]*

---

[3] Orders have previously been entered regarding the respective sales to the Stalking Horse Bidder [D.I. 331; 1/23/25] and UGE Capital LLC [D.I. 357; 1/29/25].

32863214.1

Dated: February 12, 2025
Wilmington, Delaware

/s/ Rebecca L. Lamb

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**
Robert S. Brady (Del. Bar No. 2847)
Edmon L. Morton (Del. Bar No. 3856)
Kenneth J. Enos (Del. Bar No. 4544)
Rebecca L. Lamb (Del. Bar No. 7223)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
        emorton@ycst.com
        kenos@ycst.com
        rlamb@ycst.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**SIDLEY AUSTIN LLP**
Duston K. McFaul (admitted *pro hac vice*)
Maegan Quejada (admitted *pro hac vice*)
Nathan C. Elner (admitted *pro hac vice*)
Chelsea M. McManus (admitted *pro hac vice*)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone:    (713) 495-4500
Facsimile:    (713) 495-7799
Email:        dmcfaul@sidley.com
              mquejada@sidley.com
              nelner@sidley.com
              cmcmanus@sidley.com

Ian C. Ferrell (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone:    (312) 853-7000
Facsimile:    (312) 853-7036
Email:        iferrell@sidley.com

*Co-Counsel to the Debtors and
Debtors in Possession*